

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>SHAHZAD HAYAT<br>SHABNUM HAYAT<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 10-34396 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**　　　　**CHECK AMOUNT**
LVNV Funding LLC　　　　　　　　　　　　　　$.85
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

　　The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$.85** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

　　DATED this 18th day of July, 2008.

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Steven R. Bailey, Trustee